| | |
|---|---|
| 1 | RICHARD W. ESTERKIN (70769) |
| | resterkin@morganlewis.com |
| 2 | ASA S. HAMI (210728) |
| | ahami@morganlewis.com |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
| | 300 South Grand Avenue |
| 4 | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| 5 | Tel:  213-612-2500 |
| | Fax:  213-612-2501 |
| 6 | |
| | DARYL S. LANDY (136288) |
| 7 | dlandy@morganlewis.com |
| | LINDSEY K. SCHROEDER (245425) |
| 8 | lschroeder@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 10 | Palo Alto, CA 94306-2212 |
| | Tel: 650-843-4000 |
| 11 | Fax:  650-843-4001 |
| 12 | Attorneys for Appellees |
| | Royce Lee Makishima and Terra Ann Makishima |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Case No. 2:08-CV-01062-JAM |
| ROYCE LEE MAKISHIMA, TERRA ANN MAKISHIMA, | Bankruptcy Case No. 07-27982-A-7 |
| Debtor(s). | **ORDER DEFERRING BRIEFING ON APPEAL** |
| _____ | Date:  [None Set] |
| GRACE MILES, | Time: [None Set] |
| Appellant, | Place: Department 6 |
| v. | Judge:  Hon. John A. Mendez |
| ROYCE LEE MAKISHIMA, TERRA ANN MAKISHIMA | |
| Appellee(s). | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20766708.1

[PROPOSED] ORDER DEFERRING
BRIEFING ON APPEAL
(CASE NO.: 2:08-CV-01062-JAM)

PDF created with pdfFactory trial version www.pdffactory.com

This Court, having considered the initial *ex parte* motion of appellees Royce Lee Makishima and Terra Ann Makishima (together, "Appellees") for an Order deferring the briefing on the above-captioned appeal (the "Motion"), and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Motion is granted.

2. The briefing schedule issued by the Court on July 8, 2008 (Dkt. No. 15) is modified as follows:

    (a) Appellant Grace Miles ("Appellant") shall file and serve her opening brief and excerpts of record within 15 days after the date of this Court enters its Order on Appellees' "Motion to Dismiss Appeal for Lack of Jurisdiction" (the "Motion to Dismiss"), whenever that may be, if that Order denies the Motion to Dismiss;

    (b) Appellees shall file and serve their opening brief within 15 days after service of Appellant's opening brief; and

    (c) Appellant may file and serve a reply brief within 10 days after Appellees' service of their opening brief.

3. Except as specified in paragraph 2 above, the briefing schedule issued by the Court on July 8, 2008 (Dkt. No. 15) shall remain in full force and effect.

DATED: July 18, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/20766708.1

1

[PROPOSED] ORDER DEFERRING BRIEFING ON APPEAL
(CASE NO.: 2:08-CV-01062-JAM)

PDF created with pdfFactory trial version www.pdffactory.com