IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re

ROYCE LEE MAKISHIMA and TERRA ANN MAKISHIMA,

    Debtors,

GRACE MILES,

    Appellant,

  v.

ROYCE LEE MAKISHIMA and TERRA ANN MAKISHIMA,

    Appellees.

No. 2:08-CV-01062 JAM

<u>ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES</u>

    Appellant Grace Miles ("Appellant") is proceeding pro se. Appellant has filed an in forma pauperis affidavit in which she states that she is presently employed and that her gross monthly earnings are $1500.00.  Appellant also states that she owns stocks, furniture, jewelry, and household items with the approximate value of $32,700.00-$33,000.00.

1

Pursuant to Federal Rule of Appellate Procedure 24, "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court."  Appellant is required to pay a filing fee of $455.00 to proceed with her appeal.  The amount of Appellant's earnings shows that Appellant is able to pay the requisite fees and costs.  Thus, Appellant has made an inadequate showing of indigency.  See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).  Accordingly, Appellant's application to proceed in forma pauperis is DENIED. Appellant may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of this order pursuant to Federal Rule of Appellate Procedure 24(a)(5).

IT IS SO ORDERED.

Dated: October 6, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE