UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE MILES, | No. 2:08-cv-02575-MCE-DAD |
| Plaintiff, | |
| v. | **NON RELATED CASE ORDER** |
| ROYCE LEE MAKISHIMA, et al., | |
| Defendants. | |
| GRACE MILES, | No. 2:08-cv-01062-JAM |
| Appellant, | |
| v. | |
| ROYCE LEE MAKISHIMA, et al., | |
| Appellees. | |
| GRACE MILES, | No. 2:08-cv-03170-WBS |
| Appellant, | |
| v. | |
| ROYCE LEE MAKISHIMA, et al., | |
| Appellees. | |

///

1

1    The court has received the Notice of Related Cases
2 concerning the above-captioned cases filed January 7, 2009.  <u>See</u>
3 Local Rule 83-123, E.D. Cal. (1997).  The court has determined,
4 however, that it is inappropriate to relate or reassign the
5 cases, and therefore declines to do so.  This order is issued for
6 informational purposes only, and shall have no effect on the
7 status of the cases, including any previous Related (or Non-
8 Related) Case Order of this court.
9    IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE